JOHN J. PITCHELL *v.* CITY OF HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 799 (AC 16267), is granted, limited to the following issue:

"Did the Appellate Court properly hold that the appearance of the attorney for the city of Hartford on behalf of the defendant police officer did not waive the employee's right to claim insufficient service of process by way of a motion to dismiss after judgment enters against him for failure to appear? See Practice Book §§ 142 and 144."

Supreme Court docket number is SC 15835.

*Timothy Brignole,* in support of the petition.

*Henry C. Ide,* in opposition.